UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Milton Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-3712 |
| | § | |
| K & S Restaurants, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

# Final Dismissal

Summons has not been requested for the three defendants, and neither Milton Johnson nor Alfonso Kennard appeared for the hearing as ordered. This case is dismissed with prejudice.

Signed on January 26, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge